IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard S. Skowronski, Sr. | ) | |
| Alma F. Skowronski, | ) | Case No.  14-23525 CMB |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | Related to Claim No. 5 |
| Nationstar Mortgage LLC, | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Richard S. Skowronski, Sr. | ) | |
| Alma F. Skowronski, | ) | |
| *Respondent(s)* | ) | |

## DECLARATION THAT NO AMENDED PLAN IS NECESSARY

AND NOW, comes the debtors, Richard and Alma Skowronski, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. The debtors and their attorney have received notice that the regular monthly mortgage payment is now $1,482.20 per month.

2. The plan is adequately funded and therefore no amended plan is necessary at this time. The new post petition regular monthly mortgage payment will be the sum of $1,482.20 per month, payable to Nationstar Mortgage LLC effective November 1, 2018 per the escrow notice dated September 13, 2018.

Respectfully submitted,

October 1, 2018           **/s/ Kenneth Steidl**
    DATE                  Kenneth Steidl, Esquire
                          Attorney for the Debtors
                          STEIDL & STEINBERG PC
                          Suite 2830 – Gulf Tower
                          707 Grant Street
                          Pittsburgh, PA  15219
                          (412) 391-8000
                          PA I. D. No.  34965
                          Ken.Steidl@steidl-steinberg.com