**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/14/2019

IN RE:

RICHARD S. SKOWRONSKI, SR.
ALMA F. SKOWRONSKI
111 LAWRENCE AVENUE
PITTSBURGH, PA 15238
XXX-XX-0286         Debtor(s)

XXX-XX-7237

Case No. 14-23525 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/14/2019

/s/Trustee'sAdministrativAssistant  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:9 | ACCOUNT NO.: 3001 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM: 89.56 | |
| PITTSBURGH, PA 15219 | COMMENT: | |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| PO BOX 619094 | Court Claim Number:5 | ACCOUNT NO.: 3420 |
| | CLAIM: 0.00 | |
| DALLAS, TX 75261-9741 | COMMENT: PMT/DECL*DKT4PMT-LMT*FR BOA-DOC 29 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:6 | ACCOUNT NO.: 291S167-291S172;07-14 |
| POB 200 | | |
| | CLAIM: 0.00 | |
| BETHEL PARK, PA 15102 | COMMENT: OUTSIDE/PL*1856.56/CL*08-14/SCH | |

| | | |
|---|---|---|
| **FOX CHAPEL ASD (O'HARA TWP) (RE)** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O GIUFFRE LAW OFFICE - DLNQ CLCTR | Court Claim Number:10 | ACCOUNT NO.: 291S167, 168, 169, 170, 171, 1 |
| 221 COMMERCIAL AVE STE 200 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15215 | COMMENT: OUTSIDE/PL*08-14/SCH*3289.62/CL*DKT*2007-14 | |

| | | |
|---|---|---|
| **O'HARA TOWNSHIP (R/E TAX)** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-DLNQ CLLCTR | Court Claim Number:7 | ACCOUNT NO.: 291S-167, 168, 169, 170, 171, |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: OUT/PL*614.31/CL*CLTR @ JORDAN/SCH@08-14 | |

| | | |
|---|---|---|
| **WYNDHAM RESORT DEVELOPMENT CORPORA** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| PO BOX 724695 | Court Claim Number:NC | ACCOUNT NO.: 4536 |
| | CLAIM: 0.00 | |
| LOS ANGELES, CA 90074 | COMMENT: SURR/PL | |

| | | |
|---|---|---|
| **AAA EAST CENTRAL** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: PAYROLL MANAGER | Court Claim Number: | ACCOUNT NO.: 1001 |
| 5900 BAUM BLVD | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15206 | COMMENT: | |

| | | |
|---|---|---|
| **COMCAST*++** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 610 EPSILON DR | Court Claim Number: | ACCOUNT NO.: 8660 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15238 | COMMENT: | |

| | | |
|---|---|---|
| **CUNA MUTUAL GROUP++** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| LENDING SOLUTION GROUP | Court Claim Number: | ACCOUNT NO.: 2372 |
| POB 1621 | | |
| | CLAIM: 0.00 | |
| MADISON, WI 53701 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **DIRECTV (*) - TRUSTEE PAYMENTS** | Trustee Claim Number:10   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 5008 | Court Claim Number: | ACCOUNT NO.: 6913 |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197-5008 | COMMENT: | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 5,275.10<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3010 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 8,449.76<br>COMMENT: US BANK NATL ASSOC~ELAN FNCL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7425 |
| **EQUITABLE GAS CO(*)**<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0018 |
| **EXPRESS SCRIPTS**<br>POB 66581<br>SAINT LOUIS, MO  63166-6581 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~FIRST HEALTH AND LIFE INS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7901 |
| **FOX CHAPEL AUTHORITY**<br>255 ALPHA DR<br>PITTSBURGH, PA  15238 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WTR AND SWR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2571 |
| **LINCOLN NATIONAL LIFE INS. CO.**<br>1800 SOUTH CLINTON STREET<br>P.O. BOX 1110<br>FORT WAYNE, IN  46801 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6233 |
| **LINCOLN NATIONAL LIFE INS. CO.**<br>1800 SOUTH CLINTON STREET<br>P.O. BOX 1110<br>FORT WAYNE, IN  46801 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5240 |
| **NEW ERA LIFE INSURANCE COMPANY**<br>PO BOX 4884<br>HOUSTON, TX  77210-4884 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9504 |
| **NEW ERA LIFE INSURANCE COMPANY**<br>PO BOX 4884<br>HOUSTON, TX  77210-4884 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9906 |
| **NORTH DISTRICTS COMMUNITY CU**<br>5321 WILLIAM FLYNN HWY<br>GIBSONIA, PA  15044 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5161 |

| Creditor | Trustee Claim # | INT % | CRED DESC | Court Claim # | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | 21 | 0.00% | UNSECURED CREDITOR | 1 | 3861 | 11,597.17 | MULTIPLE/SCH |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | 22 | 0.00% | UNSECURED CREDITOR | 2 | 8762 | 12,894.48 | |
| **TIAA-CREF**<br>730 3RD AVE<br>NEW YORK NY 10017<br>10017 | 23 | 0.00% | UNSECURED CREDITOR | | 6001 | 0.00 | |
| **WELL CARE PRESCRIPTION PLAN**<br>WELL CARE MEMBER REIMBURSEMENT DEPT<br>PO BOX 31577<br>TAMPA, FL 33631-3577 | 24 | 0.00% | UNSECURED CREDITOR | | 3963 | 0.00 | |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | 25 | 0.00% | UNSECURED CREDITOR | 3 | 5233 | 14,297.55 | SCH @ CID 21 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | 26 | 0.00% | NOTICE ONLY | | 1483/PRAE | 0.00 | PEARLE VISION/PRAE |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | 27 | 0.00% | MORTGAGE ARR. | 5 | 3420 | 36.66 | C5GOV*NT PROV/PL*FR BOA-DOC 29 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | 28 | 0.00% | Post Petition Claim (1305) | 5 | 3420 | 150.00 | NT PROV/PL*NTC-POSTPET FEES/EXP*REF CL*W27*FR BOA-DOC 29 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | 29 | 0.00% | NOTICE ONLY | | | 0.00 | NATIONSTAR |