**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Richard S. Skowronski Sr.**
**Alma F. Skowronski**
   Debtor(s)

Bankruptcy Case No.: 14–23525–CMB
Related to Doc. No. 41
Chapter: 13
Docket No.: 42 – 41

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 25th of September, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/12/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/20/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/12/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23525-CMB
Richard S. Skowronski, Sr.,                                               Chapter 13
Alma F. Skowronski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric           Page 1 of 2           Date Rcvd: Sep 25, 2019
                             Form ID: 408          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
```
db/jdb       +Richard S. Skowronski, Sr.,   Alma F. Skowronski,   111 Lawrence Avenue,
              Pittsburgh, PA 15238-2713
cr           +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
13914404     +AAA East Central,   AAA East Central Internet,   Membership Sales,   5900 Baum Blvd.,
              Pittsburgh, PA 15206-3803
13914405      Bank of America N.A.,   P.O. Box 15222,   Wilmington, DE 19886-5222
13944108     +Bank of America, N.A.,   7105 Corporate Drive PTX-B-209,   Plano, TX 75024-4100
13914407      County of Allegheny,   c/o Jordan Tax Service,   PO Box 200,   Bethel Park, PA 15102-0200
13952874     +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13914408      Cuna Mutual Group,   CMFG Life Insurance Company,   PO Box 61,   Waverly, IA 50677-0061
13914409     ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Directv,   PO Box 6550,   Englewood, CO 80155-6550)
13914414     +First Health & Life Insurance Company,   Express Scripts,   PO Box 14734,
              Lexington, KY 40512-4734
14005161     +Fox Chapel Area School District,   c/o Giuffre Law Office,   221 Commercial Ave., Suite 200,
              Pittsburgh, PA 15215-3054
13914415     +Fox Chapel Area School District,   c/o Jordan Tax Service,   102 Rahway Road,
              Canonsburg, PA 15317-3349
13914416     +Fox Chapel Authority,   255 Alpha Drive,   Pittsburgh, PA 15238-2944
13914417     +Giuffre Law Offices,   221 Commercial Avenue,   Pittsburgh, PA 15215-3054
13914418     +Lincoln National Life Insurance Company,   Customer Service - Concord,   One Granite Place,
              PO Box 515,   Concord, NH 03302-0515
14054194     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
13914420      New Era Life Life Insurance Companies,   PO Box 4884,   Houston, TX 77210-4884
13914422      North Districts Community,   PO Box 4519,   Carol Stream, IL 60197-4519
13916362     +PNC BANK, N.A.,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13914423      PNC Bank,   PO Box 856177,   Louisville, KY 40285-6177
13914425      Teachers Insuance and Annuity Assoction,   730 Third Ave.,   New York, NY 10017-3206
13952875     +Township of O'Hara,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13914426     +Township of O'Hara,   c/o Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
13914412     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan,   Cardmember Services,   PO Box 790408,
              Saint Louis, MO 63179-0408)
13914427      Well Care Prescription Plan,   Well Care Member Reimbursement Dept.,   PO Box 31577,
              Tampa, 33631-3577
13914428     +Wyndham Resort Development Corp.,   PO Box 724695,   Los Angeles, CA 90074-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2019 03:35:42
              Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
              Miami, FL  33131-1605
13914406     +E-mail/Text: documentfiling@lciinc.com Sep 26 2019 03:26:04     Comcast,   15 Summit Park Drive,
              Pittsburgh, PA 15275-1102
13914410      E-mail/Text: mrdiscen@discover.com Sep 26 2019 03:26:08     Discover,   PO Box 6103,
              Carol Stream, IL 60197-6103
13918151      E-mail/Text: mrdiscen@discover.com Sep 26 2019 03:26:08     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13914411      E-mail/Text: kburkley@bernsteinlaw.com Sep 26 2019 03:28:14     Duquesne Light Company,
              Payment Processing Center,   PO Box 67,   Pittsburgh, PA 15267-0001
13966021     +E-mail/Text: kburkley@bernsteinlaw.com Sep 26 2019 03:28:14     Duquesne Light Company,
              c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
13963676      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 03:34:39
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13944980      E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2019 03:33:50
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                      TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             BANK OF AMERICA, N.A.
cr             Bank of America, N.A.
cr             Duquesne Light Company
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
cr             Township of O'Hara
```

```
District/off: 0315-2          User: dric              Page 2 of 2            Date Rcvd: Sep 25, 2019
                             Form ID: 408             Total Noticed: 34
cr*          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC.,   PO Box 619096,
             Dallas, TX  75261-9741)
13914419*    +Lincoln National Life Insurance Company,   Customer Service - Concord,   One Granite Place,
             PO Box 515,   Concord, NH 03302-0515
13914421*    New Era Life Life Insurance Companies,   PO Box 4884,   Houston, TX 77210-4884
13914424*    PNC Bank,    PO Box 856177,   Louisville, KY 40285-6177
13914413     ##+Equitable Gas Company,   Peoples,   PO Box 6766,   Pittsburgh, PA 15212-0766
                                                              TOTALS: 6, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of O'Hara jhunt@grblaw.com,
          cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Kenneth  Steidl    on behalf of Joint Debtor Alma F. Skowronski julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
          eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
          inberg.com
          Kenneth  Steidl    on behalf of Debtor Richard S. Skowronski, Sr.
          julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
          eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
          inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A. swinneg@udren.com,
          cblack@udren.com
                                                                         TOTAL: 13
```