**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RICHARD S. SKOWRONSKI, SR.
ALMA F. SKOWRONSKI
       Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
      Movant
      vs.
No Respondents.

Case No.:14-23525

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/29/2014 and confirmed on 10/8/14. The case was subsequently     Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 114,535.06 |
| Less Refunds to Debtor | 1,389.10 | |
| TOTAL AMOUNT OF PLAN FUND | | 113,145.96 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,000.00 | |
|    Trustee Fee | 4,721.83 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,721.83 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 90,933.78 | 0.00 | 90,933.78 |
|     Acct: 3420 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 36.66 | 36.66 | 0.00 | 36.66 |
|     Acct: 3420 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXX7-14 | | | | |
|   FOX CHAPEL ASD (O'HARA TWP) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX 172 | | | | |
|   O'HARA TOWNSHIP (R/E TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX 172 | | | | |
|   WYNDHAM RESORT DEVELOPMENT COI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4536 | | | | |
| | | | | 90,970.44 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD S. SKOWRONSKI, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD S. SKOWRONSKI, SR. | 1,389.10 | 1,389.10 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 150.00 | 150.00 | 0.00 | 150.00 |
|     Acct: 3420 | | | | |
| | | | | 150.00 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 89.56 | 26.06 | 0.00 | 26.06 |
|     Acct: 3001 | | | | |
|   AAA EAST CENTRAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1001 | | | | |
|   COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8660 | | | | |
|   CUNA MUTUAL GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 2372 | | | | |
|   DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6913 | | | | |
|   DISCOVER BANK(*) | 5,275.10 | 1,534.65 | 0.00 | 1,534.65 |
|     Acct: 3010 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 8,449.76 | 2,458.25 | 0.00 | 2,458.25 |
|     Acct: 7425 | | | | |
|   EQUITABLE GAS CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0018 | | | | |
|   EXPRESS SCRIPTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7901 | | | | |
|   FOX CHAPEL AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2571 | | | | |
|   LINCOLN NATIONAL LIFE INS. CO. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6233 | | | | |
|   LINCOLN NATIONAL LIFE INS. CO. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5240 | | | | |
|   NEW ERA LIFE INSURANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9504 | | | | |
|   NEW ERA LIFE INSURANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9906 | | | | |
|   NORTH DISTRICTS COMMUNITY CU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5161 | | | | |
|   PNC BANK NA | 11,597.17 | 3,373.90 | 0.00 | 3,373.90 |
|     Acct: 3861 | | | | |
|   PNC BANK NA | 12,894.48 | 3,751.32 | 0.00 | 3,751.32 |
|     Acct: 8762 | | | | |
|   TIAA-CREF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6001 | | | | |
|   WELL CARE PRESCRIPTION PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3963 | | | | |
|   PNC BANK NA | 14,297.55 | 4,159.51 | 0.00 | 4,159.51 |
|     Acct: 5233 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXPRAE | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 15,303.69 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 106,424.13 |

| TOTAL | |
|---|---:|
| CLAIMED | 150.00 |
| PRIORITY | 36.66 |
| SECURED | 52,603.62 |

Date: 09/24/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RICHARD S. SKOWRONSKI, SR.
    ALMA F. SKOWRONSKI
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:14-23525

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                        BY THE COURT:

                                        _____
                                        U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 14-23525-CMB
Richard S. Skowronski, Sr.                                          Chapter 13
Alma F. Skowronski
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: dric              Page 1 of 2              Date Rcvd: Sep 25, 2019
                             Form ID: pdf900        Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
```
db/jdb         +Richard S. Skowronski, Sr.,    Alma F. Skowronski,    111 Lawrence Avenue,
                 Pittsburgh, PA 15238-2713
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13914404       +AAA East Central,    AAA East Central Internet,    Membership Sales,    5900 Baum Blvd.,
                 Pittsburgh, PA 15206-3803
13914405        Bank of America N.A.,    P.O. Box 15222,    Wilmington, DE 19886-5222
13944108       +Bank of America, N.A.,    7105 Corporate Drive PTX-B-209,    Plano, TX 75024-4100
13914407        County of Allegheny,    c/o Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
13952874       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13914408        Cuna Mutual Group,    CMFG Life Insurance Company,    PO Box 61,    Waverly, IA 50677-0061
13914409      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Directv,    PO Box 6550,    Englewood, CO 80155-6550)
13914414       +First Health & Life Insurance Company,    Express Scripts,    PO Box 14734,
                 Lexington, KY 40512-4734
14005161       +Fox Chapel Area School District,    c/o Giuffre Law Office,    221 Commercial Ave., Suite 200,
                 Pittsburgh, PA 15215-3054
13914415       +Fox Chapel Area School District,    c/o Jordan Tax Service,    102 Rahway Road,
                 Canonsburg, PA 15317-3349
13914416       +Fox Chapel Authority,    255 Alpha Drive,    Pittsburgh, PA 15238-2944
13914417       +Giuffre Law Offices,    221 Commercial Avenue,    Pittsburgh, PA 15215-3054
13914418       +Lincoln National Life Insurance Company,    Customer Service - Concord,    One Granite Place,
                 PO Box 515,    Concord, NH 03302-0515
14054194      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13914420        New Era Life Life Insurance Companies,    PO Box 4884,    Houston, TX 77210-4884
13914422        North Districts Community,    PO Box 4519,    Carol Stream, IL 60197-4519
13916362       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13914423        PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
13914425        Teachers Insuance and Annuity Associtn,    730 Third Ave.,    New York, NY 10017-3206
13952875       +Township of O'Hara,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13914426       +Township of O'Hara,    c/o Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
13914412      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan,    Cardmember Services,    PO Box 790408,
                 Saint Louis, MO 63179-0408)
13914427        Well Care Prescription Plan,    Well Care Member Reimbursement Dept.,    PO Box 31577,
                 Tampa, 33631-3577
13914428       +Wyndham Resort Development Corp.,    PO Box 724695,    Los Angeles, CA 90074-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2019 03:33:48
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13914406       +E-mail/Text: documentfiling@lciinc.com Sep 26 2019 03:26:03     Comcast,    15 Summit Park Drive,
                 Pittsburgh, PA 15275-1102
13914410        E-mail/Text: mrdiscen@discover.com Sep 26 2019 03:26:08      Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
13918151        E-mail/Text: mrdiscen@discover.com Sep 26 2019 03:26:08      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13914411        E-mail/Text: kburkley@bernsteinlaw.com Sep 26 2019 03:28:10      Duquesne Light Company,
                 Payment Processing Center,    PO Box 67,    Pittsburgh, PA 15267-0001
13966021       +E-mail/Text: kburkley@bernsteinlaw.com Sep 26 2019 03:28:10      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13963676        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 03:34:35
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13944980        E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2019 03:34:43
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A.
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Township of O'Hara
```

```
District/off: 0315-2            User: dric                Page 2 of 2                 Date Rcvd: Sep 25, 2019
                                Form ID: pdf900           Total Noticed: 34

cr*            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC.,   PO Box 619096,
                  Dallas, TX  75261-9741)
13914419*      +Lincoln National Life Insurance Company,   Customer Service - Concord,   One Granite Place,
                  PO Box 515,   Concord, NH 03302-0515
13914421*       New Era Life Life Insurance Companies,   PO Box 4884,   Houston, TX 77210-4884
13914424*       PNC Bank,    PO Box 856177,   Louisville, KY 40285-6177
13914413       ##+Equitable Gas Company,   Peoples,   PO Box 6766,   Pittsburgh, PA 15212-0766
                                                                                       TOTALS: 6, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of O'Hara jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Kenneth  Steidl    on behalf of Joint Debtor Alma F. Skowronski julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth  Steidl    on behalf of Debtor Richard S. Skowronski, Sr.
               julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A. swinneg@udren.com,
               cblack@udren.com
                                                                                              TOTAL: 13
```