| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Richard S. Skowronski Sr.** | Social Security number or ITIN    **xxx–xx–0286** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Alma F. Skowronski** | Social Security number or ITIN    **xxx–xx–7237** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:    **14–23525–CMB** | | |

# Order of Discharge                                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard S. Skowronski Sr.                    Alma F. Skowronski

<u>12/18/19</u>                    **By the court:**    <u>Carlota M. Bohm</u>
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-23525-CMB
Richard S. Skowronski, Sr.                                              Chapter 13
Alma F. Skowronski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: nsha              Page 1 of 2              Date Rcvd: Dec 18, 2019
                               Form ID: 3180W          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db/jdb         +Richard S. Skowronski, Sr.,    Alma F. Skowronski,    111 Lawrence Avenue,
                 Pittsburgh, PA 15238-2713
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13914404       +AAA East Central,    AAA East Central Internet,    Membership Sales,    5900 Baum Blvd.,
                 Pittsburgh, PA 15206-3803
13914407        County of Allegheny,    c/o Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
13952874       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13914408        Cuna Mutual Group,    CMFG Life Insurance Company,    PO Box 61,    Waverly, IA 50677-0061
13914414       +First Health & Life Insurance Company,    Express Scripts,    PO Box 14734,
                 Lexington, KY 40512-4734
13914415       +Fox Chapel Area School District,    c/o Jordan Tax Service,    102 Rahway Road,
                 Canonsburg, PA 15317-3349
14005161       +Fox Chapel Area School District,    c/o Giuffre Law Office,    221 Commercial Ave., Suite 200,
                 Pittsburgh, PA 15215-3054
13914416       +Fox Chapel Authority,    255 Alpha Drive,    Pittsburgh, PA 15238-2944
13914417       +Giuffre Law Offices,    221 Commercial Avenue,    Pittsburgh, PA 15215-3054
13914418       +Lincoln National Life Insurance Company,    Customer Service - Concord,    One Granite Place,
                 PO Box 515,    Concord, NH 03302-0515
14054194       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13914420        New Era Life Life Insurance Companies,    PO Box 4884,    Houston, TX 77210-4884
13914422        North Districts Community,    PO Box 4519,    Carol Stream, IL 60197-4519
13916362       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13914423        PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
13914425        Teachers Insuance and Annuity Associton,    730 Third Ave.,    New York, NY 10017-3206
13952875       +Township of O'Hara,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13914426       +Township of O'Hara,    c/o Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
13914427        Well Care Prescription Plan,    Well Care Member Reimbursement Dept.,    PO Box 31577,
                 Tampa, 33631-3577
13914428       +Wyndham Resort Development Corp.,    PO Box 724695,    Los Angeles, CA 90074-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:15:41      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr              EDI: RECOVERYCORP.COM Dec 19 2019 07:58:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13914405        EDI: BANKAMER.COM Dec 19 2019 07:58:00      Bank of America N.A.,    P.O. Box 15222,
                 Wilmington, DE 19886-5222
13944108       +EDI: BANKAMER.COM Dec 19 2019 07:58:00      Bank of America, N.A.,
                 7105 Corporate Drive PTX-B-209,    Plano, TX 75024-4100
13914406       +EDI: COMCASTCBLCENT Dec 19 2019 07:58:00      Comcast,    15 Summit Park Drive,
                 Pittsburgh, PA 15275-1102
13914409        EDI: DIRECTV.COM Dec 19 2019 07:58:00      Directv,    PO Box 6550,    Englewood, CO 80155-6550
13914410        EDI: DISCOVER.COM Dec 19 2019 07:58:00      Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
13918151        EDI: DISCOVER.COM Dec 19 2019 07:58:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13914411        E-mail/Text: kburkley@bernsteinlaw.com Dec 19 2019 03:16:22      Duquesne Light Company,
                 Payment Processing Center,    PO Box 67,    Pittsburgh, PA 15267-0001
13966021       +E-mail/Text: kburkley@bernsteinlaw.com Dec 19 2019 03:16:22      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13963676        EDI: PRA.COM Dec 19 2019 07:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13944980        EDI: RECOVERYCORP.COM Dec 19 2019 07:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13914412        EDI: USBANKARS.COM Dec 19 2019 07:58:00      Elan,   Cardmember Services,    PO Box 790408,
                 Saint Louis, MO 63179-0408
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A.
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Township of O'Hara

```
District/off: 0315-2          User: nsha                Page 2 of 2                  Date Rcvd: Dec 18, 2019
                              Form ID: 3180W            Total Noticed: 35

cr*           ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,   PO Box 619096,
                 Dallas, TX  75261-9741)
13914419*     +Lincoln National Life Insurance Company,   Customer Service - Concord,   One Granite Place,
                 PO Box 515,   Concord, NH 03302-0515
13914421*      New Era Life Life Insurance Companies,   PO Box 4884,   Houston, TX 77210-4884
13914424*      PNC Bank,    PO Box 856177,   Louisville, KY 40285-6177
13914413      ##+Equitable Gas Company,    Peoples,   PO Box 6766,   Pittsburgh, PA 15212-0766
                                                                             TOTALS: 6, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of O'Hara jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Kenneth  Steidl    on behalf of Joint Debtor Alma F. Skowronski julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth  Steidl    on behalf of Debtor Richard S. Skowronski, Sr.
               julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A. swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 13
```